# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

FRED LOYA INSURANCE COMPANY,

Appellant,

v.

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY,

Appellee.

No. 2D2025-1404

———————————————

December 17, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

Daniel S. Liebowitz of Cruser, Mitchell, LLP, Orlando, for Appellant.

Joseph C. Proulx of Golden Albinson Proulx, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.